No. 79–6230. Schmanski v. United States. C. A. 2d Cir. Certiorari denied.

No. 79–6239. Wright et al. v. Valley Center Municipal Water District. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 79–6251. Podrazik et al. v. Blum, Commissioner, New York State Department of Social Services, et al. C. A. 2d Cir. Certiorari denied.

No. 79–6284. Warren v. United States. C. A. 5th Cir. Certiorari denied.

No. 79–6311. Rodes v. Brown, Judge. Sup. Ct. Ark. Certiorari denied.

No. 79–6316. Brisco v. United States. C. A. 3d Cir. Certiorari denied.

No. 79–6320. Goodman v. United States. C. A. 9th Cir. Certiorari denied.

No. 79–6326. Warren v. United States. C. A. 5th Cir. Certiorari denied.

No. 79–6335. Francisco v. United States. C. A. 8th Cir. Certiorari denied.

No. 79–6336. Williamson v. United States. C. A. 4th Cir. Certiorari denied.

No. 79–6352. Palumbo v. United States. C. A. 3d Cir. Certiorari denied.

No. 79–6355. Venable v. United States. C. A. 5th Cir. Certiorari denied.